Eastern District of Kentucky
FILED

SEP 7 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 23-93-GFVT-MAS

DARNELL THOMAS JR.,
JADEN E. BRADSHAW, and
MELVIN LEE COFFEY

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

Beginning in or about October 2022, the exact date unknown, and continuing through in or about December 2022, the exact date unknown, in Fayette County and Madison County, in the Eastern District of Kentucky,

**DARNELL THOMAS JR.,**
**JADEN E. BRADSHAW, and**
**MELVIN LEE COFFEY**

did knowingly and intentionally conspire together to distribute mixtures or substances containing detectable amounts of fluorofentanyl, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a).

As to Defendant **DARNELL THOMAS JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators

reasonably foreseeable to him is 10 grams or more of mixtures or substances containing detectable amounts of fluorofentanyl, a Schedule I controlled substance, and 40 grams or more of mixtures or substances containing detectable amounts of fentanyl, a Schedule II controlled substance.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about October 5, 2022, in Fayette County, in the Eastern District of Kentucky,

**DARNELL THOMAS JR.**

did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 19, 2022, in Fayette County, in the Eastern District of Kentucky,

**JADEN E. BRADSHAW**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a).

## COUNT 4
**21 U.S.C. § 841(a)(1)**

On or about November 4, 2022, in Fayette County, in the Eastern District of Kentucky,

**MELVIN LEE COFFEY**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a).

## COUNT 5
**21 U.S.C. § 841(a)(1)**

On or about November 21, 2022, in Madison County, in the Eastern District of Kentucky,

**DARNELL THOMAS JR.**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a).

## COUNT 6
**21 U.S.C. § 841(a)(1)**

On or about December 7, 2022, in Madison County, in the Eastern District of Kentucky,

**DARNELL THOMAS JR.**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in

violation of 21 U.S.C. § 841(a).

## 21 U.S.C. § 851 ENHANCEMENT

Before **DARNELL THOMAS JR.** committed the offenses charged in Counts 1, 2, 5, and 6 of this Indictment, he had final convictions for serious drug felonies, namely, Trafficking in a Controlled Substance First Degree, Second or Greater Offense (Four Grams or More of Cocaine) in Fayette Circuit Court Case No. 17-CR-00945, and Trafficking in a Controlled Substance First Degree (Less than Two Grams of Heroin) in Fayette Circuit Case No. 15-CR-00729, both for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to those offenses within 15 years of the commencement of the instant offenses.

A TRUE BILL

███████████████

FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

## DARNELL THOMAS JR.

**COUNTS 1, 2, 5, & 6:** 10 grams or more of Flourofentanyl or 40 grams or more of Fentanyl:

Not less than 5 years imprisonment, not more than 40 years imprisonment, not more than a $5,000,000 fine, and not less than 4 years supervised release.

**If prior serious drug felony conviction:** Not less than 10 years imprisonment, not more than life imprisonment, not more than a $8,000,000 fine, and not less than 8 years supervised release.

**A detectable amount of Fentanyl or Heroin:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years of supervised release.

**If prior felony drug offense conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

## MELVIN LEE COFFEY

**COUNTS 1 & 4:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years of supervised release.

**If prior felony drug offense conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

## JADEN E. BRADSHAW

**COUNTS 1 & 3:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years of supervised release.

**If prior felony drug offense conviction**: Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

## ALL DEFENDANTS

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable