# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

UNITED STATES OF AMERICA          PLAINTIFF

v.          CRIMINAL NO. 5:23-cr-00093-GFVT-MAS-2

JADEN E. BRADSHAW          DEFENDANT

## NOTICE OF ATTORNEY APPEARANCE (DEFENDANT)

Comes now Bradley Clark, and hereby serves notice of his Entry of Appearance as retained lead counsel in this matter, and states that he will represent the interests of Jaden E. Bradshaw in this action, and that all related notices, correspondence, pleadings, and all documents relating to this case should be sent to the undersigned.

Respectfully submitted,

/s/ Bradley Clark
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. Paco Villalobos, Assistant United States Attorney, and Hon. Jeffrey Rager, CJA counsel.

/s/ Bradley Clark
Bradley Clark
Counsel for Ms. Bradshaw