**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT LEXINGTON**

**CRIMINAL ACTION NO. 5:23-CR-00093-GFVT-MAS-2**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                     **MOTION TO CONTINUE TRIAL AND EXTEND**
**DEADLINES**

**JADEN BRADSHAW**                                                           **DEFENDANT**

\* \* \* \*

Comes the Defendant, Jaden Bradshaw, by counsel, and moves the Court to extend the

pretrial deadlines and continue the trial of this case, presently set for November 7, 2023, for a

period of at least 45 days. In support of this request, counsel for the defense notes that he is

relatively new to the case, having filed an entry on October 10th. While discovery is believed to

be complete, it is somewhat extensive. Additionally, the parties are anticipating receiving

proposed plea agreements from the United States which potentially could resolve this matter

short of trial.

The defendant has personally expressed to counsel that she would like more time prior to

trial. She is willing to waive his speedy trial right. The time necessary to grant the requested

continuance would be excludable under the Speedy Trial Act.

Counsel has conferred with the United States, and the Assistant United States Attorney

indicated that he would have no objection to a continuance. Additionally, counsel has conferred

with defense counsel for the codefendant, the Hon. Daniel Whitley, and Mr. Whitley indicated he

agrees a continuance is necessary and will be filing a motion to join this request.

WHEREFORE, counsel would request the trial of this case be continued for a period of at

least 45 days based on the Court's schedule and that the deadline to file defensive motions be

extended accordingly.

## NOTICE

Please take Notice that the foregoing Motion shall come for hearing at the convenience of

the Court.

Respectfully submitted,

/s Bradley Clark
Bradley Clark (KBA# 93070)
333 W. Vine St. Ste 300
Lexington, KY 40507
(859) 474-0001
bclark@suhrelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19th, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record.

/s Bradley Clark
Bradley Clark
Counsel for Ms. Bradshaw