UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 5:23-cr-00093-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | |
| JADEN E. BRADSHAW, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept a Guilty Plea filed by United States Magistrate Judge Matthew Stinnett. [R. 84.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Jaden Bradshaw knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 84]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Jaden Bradshaw is **ADJUDGED** guilty of Counts One and Three of the Indictment;

3. The Defendant's Jury Trial is **CANCELLED**;

4. A Sentencing Order **SHALL** be entered promptly; and

5. Defendant Bradshaw **SHALL** report to the custody of the United States Marshals Service at the United States Courthouse in Lexington, which is located at 101 Barr Street, Lexington, Kentucky 40507, before the hour of **11:00 a.m.** on **Wednesday, February 21, 2024**.

This the 14th day of February, 2024.

Gregory F. Van Tatenhove
United States District Judge